## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| WILLIAM W. GILHAUS, CHRISTY ZIEGLER, and LANA M. GERBER, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Case No. 2:15-cv-02619-JAR-JPO |
| GARDNER EDGERTON UNIFIED SCHOOL DISTRICT NO. 231, ET AL., | ) ) ) | |
| Defendants. | ) ) | |

### NOTICE TO TAKE VIDEOTAPED DEPOSITION DUCES TECUM

TO:     DEFENDANTS AND/OR THEIR COUNSEL OF RECORD.

YOU ARE HEREBY NOTIFIED that, pursuant to the Kansas Rules of Civil Procedure, K.S.A. Section 60-230(b)(5), that Plaintiff's in the above-captioned cause will take the deposition of Leann Northway, on July 21, 2016, or, in the alternative and upon agreement of the parties, on a date otherwise mutually agreeable between the parties but within 30 days of the filing of this Notice.  The deposition will take place at The Popham Law Firm, 712 Broadway, Suite 100, Kansas City, Missouri 64105, beginning at 10:00 a.m.; and that deposition, if not completed on that day, will be continued or adjourned from time to time or from place to place until completed.  The deposition will be videotaped.

### *DUCES TECUM REQUESTS*

Please take further notice that Plaintiff's requests that deponent produce accurate and authentic photocopies of the originals of the following documents for inspection and use by Plaintiff's counsel at said deposition and that these photocopied documents should be produced

at Plaintiff's counsel's office no later than 72 hours before to the scheduled beginning of the deposition.  Deponent is hereby commanded to bring the following documents to the deposition:

1.      All personal and business generated emails, from any and all providers that were sent or received by Leann Northway  from July 2013 through March 2014 that mentioned, referenced or referred to any of the Plaintiff's, Pam Stranathan and/or any of these individual defendants:  Rob Shippy, Brad Chandler, Mary Nelson or Tresa Boden.

2.      All cell phone records, for any and all cell phones that were used by you between July 2013 and March 2014.  The production is to include all texts, emails, or any other communication that was received and/or sent and that refers to, references or concerns Bill Gilhaus, Lana Gerber, Christy Ziegler, Pan Stranathan, Rob Shippy, Brad Chandler, Mary Nelson Tresa Boden, Eric Hansen, Bill Miller, Walter Hermreck, Debbie Hickman and Danedri Thompson.

3.      All correspondence / communication from July 2013 through March 31, 2014, that Northway had with all employees of USD 231, Bill Gilhaus, Lana Gerber, Christy Ziegler, Pam Stranathan, Rob Shippy, Brad Chandler, Mary Nelson, Tresa Boden, Eric Hansen, Bill Miller, Walter Hermreck, Deborah Hickman or Danedri Thompson that mentioned, referenced or referred to any of the Plaintiff's, USD 231 and/or any of these individual defendants:  Rob Shippy, Brad Chandler, Mary Nelson or Tresa Boden..

4.      All Facebook postings, Tweets or other social media messages that were directed to, or used to communicate with anyone referring to, referencing or concerning USD 231 administration from July 2013 through March 2014.

Respectfully submitted,


POPHAM LAW FIRM

By: /s/ Dennis E. Egan
DENNIS E. EGAN    KS Bar No. 70672
THOMAS J.PORTO  KS Bar No. 26214
712 Broadway, Suite 100
Kansas City, MO 64105
Phone:  (816) 221-2288
E-mail: degan@pophamlaw.com
          tporto@pophamlaw.com
**ATTORNEYS FOR PLAINTIFFS**


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing was sent via e-mail this 23rd day of June, 2016 to:


David R. Cooper
Fisher, Patterson, Sayler & Smith, LLP
3550 S.W. 5th Street – P.O. Box 949
Topeka, Kansas 66601-0949
dcooper@fisherpatterson.com

**ATTORNEYS FOR DEFENDANTS**

/s/ Dennis E. Egan
Attorney for Plaintiffs