IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| WILLIAM W. GILHAUS, CHRISTY ZIEGLER, and LANA M. GERBER, <br><br> Plaintiffs, <br><br> v. <br><br> GARDNER EDGERTON UNIFIED SCHOOL DISTRICT NO. 231, ET AL., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) )     Case No. 2:15-cv-02619-JAR-JPO |

### NOTICE OF VIDEOTAPED DEPOSITION

**TO:   DEFENDANTS AND/OR THEIR COUNSEL OF RECORD.**

**PLEASE TAKE NOTICE** that plaintiffs, by and through their undersigned attorney, will take the oral deposition of Joe Hatley before a Court Reporter, or other officer authorized by law to administer oaths.  The deposition will take place at **The Popham Law Firm, 712 Broadway, Suite 100, Kansas City, Missouri 64105 t**o continue day-to-day until completed:

| Name | Date | Time |
|---|---|---|
| Joe Hatley | August 8, 2016 | 9:00 a.m. |

The depositions will be videotaped and stenographically recorded by Appino & Biggs, 5111 S.W.21st St., Topeka, KS 66604, Telephone: 785-273-3063.

1

Respectfully submitted,

**THE POPHAM LAW FIRM, PC**

By:  s/Dennis E. Egan
  Dennis E. Egan - MO #27449
  712 Broadway, Suite 100
  Kansas City, Missouri 64105
  Telephone:  816/221-2288
  Facsimile:  816/221-3999
  degan@pophamlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing was sent via e-mail this 19th day of July, 2016 to:

David R. Cooper
Fisher, Patterson, Sayler & Smith, LLP
3550 S.W. 5th Street – P.O. Box 949
Topeka, Kansas 66601-0949
dcooper@fisherpatterson.com

**ATTORNEYS FOR DEFENDANTS**

  /s/ Dennis E. Egan
  Attorney for Plaintiffs

2